Robert McCormick, Appellee, v. John Carter, Appellant.

Gen. No. 44,132.

650

opinion filed
February 25, 1948; released for publication March 25, 1948. Coburn
& Herzon, for appellant; Louis T. Herzòn, of counsel; Frank G. Mata-
vosky, for appellee; S. B. Rosenzweig, of counsel. Opinion by PRESID-
ING JUSTICE LEWE. Not to be published in full.